| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10) | Case Number **11−24130** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 7, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nahum Hernandez
aka Nahum H Saucedo
12927 Parterre Place
Plainfield, IL 60585

| Case Number:  11−24130<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9206 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Karen Walin<br>Chicago Legal, LLC<br>3833 S. Harlem Ave.<br>Berwyn, IL 60402<br>Telephone number:  708−795−7000 | Bankruptcy Trustee (name and address):<br>Michael G Berland<br>1 N LaSalle St, No.1775<br>Chicago, IL 60602<br>Telephone number:  (312) 855−1272 |

### Meeting of Creditors:
Date: **July 18, 2011**                              Time: **11:00 AM**
Location: **150 West Jefferson Street, 2nd Floor, Joliet, IL 60432**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: September 16, 2011**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM −4:30 PM | Date:  June 8, 2011 |

## EXPLANATIONS        B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 11-24130-BWB
Nahum Hernandez                                                         Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: aiwinski               Page 1 of 1                  Date Rcvd: Jun 08, 2011
                               Form ID: b9a                 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2011.
db           +Nahum Hernandez,    12927 Parterre Place,    Plainfield, IL 60585-2561
aty          +Karen Walin,    Chicago Legal, LLC,    3833 S. Harlem Ave.,    Berwyn, IL 60402-3925
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,   Chicago, IL 60602-4065
17382974     +American Home Mortgage,    PO Box 660029,    Dallas, TX 75266-0029
17382975      BAC Home Loans Servicing LP,    Bankruptcy Dept 400 National Way,    Mail Stop CA6 919 01 23,
               Simi Valley, CA 93085
17382976      Bur Collection Recovery,    PO Box 9001,    Minnetonka, MN 55345-9001
17382977     +CB USA Inc,   757 L Street,    Fresno, CA 93721-2904
17382978     +Cci,   20611 E Bothell Everett Highway Ste 149,     Bothell, WA 98012-7146
17382973     +Chicago Legal LLC,    3833 S Harlem Ave,    Berwyn, IL 60402-3925
17382981     +Harris,   600 W Jackson Suite 700,    Chicago, IL 60661-5629
17382972     +Hernandez Nahum,    12927 Parterre Place,    Plainfield, IL 60585-2561
17382982     +Illinois Department Of Revenue,    PO Box 64337,    Chicago, IL 60664-0337
17382983     +Litton Loan Servicing LP,    Bankruptcy Department,    4828 Loop Central Loop,
               Houston, TX 77081-2212
17382985     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court:   NCO Fin/22,    PO Box 41448,    Philadelphia, PA   19101)
17382987     +Rcvl Per Mng,    PO Box 768,   Bothell, WA 98041-0768
17382988     +State Collection Srv,    Collection For Medical,    2509 S Stoughton Rd,    Madison, WI 53716-3314
17382989     +Western Financial Savings,    For Wachovia,    P O Box 19752,    Irvine, CA 92623-9752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17382979     +EDI: CMIGROUP.COM Jun 08 2011 23:13:00      Credit Mgmt,    4200 International,
               Carrollton, TX 75007-1912
17382980     +EDI: GMACFS.COM Jun 08 2011 23:13:00      GMAC,   P O Box 380901,    Bloomington, MN 55438-0901
17382984     +EDI: MID8.COM Jun 08 2011 23:13:00      Midland Credit,    Bk Dept,   5775 Roscoe Court,
               San Diego, CA 92123-1356
17382986     +EDI: GMACFS.COM Jun 08 2011 23:13:00      Nuvell Credit,    17500 Chenal Parkway,
               Little Rock, AR 72223-9131
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2011**                    **Signature:** _/s/ Joseph Speetjens_