UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
Nahum Hernandez                           )
                                          )
                                          )    Case No. 11 - 24130
                                          )
                                          )

Debtor

NOTICE OF HEARING OF RULE TO SHOW CAUSE
(Electronic Filing of Bankruptcy Pleadings)

To: Beverly P. Spearman
One N. LaSalle Street, Suite 2450
Chicago, Illinois 60602

It appearing to the Clerk of Court that (1) Notice of Motion, Motion for Relief From Automatic Stay, Proposed Order

was not filed electronically pursuant to *Notice of Mandatory Electronic Filing Effective July 1, 2005*; and (2) that counsel failed to comply with that notice:

You are hereby directed to appear before the **Honorable Judge Bruce W. Black**, or any judge sitting in his place, in **Courtroom 719 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois at** 11:00 a.m. on August 24, 2011 to show cause why counsel should not be held in contempt of court. **Any failure to comply with this notice** may result in imposition of sanctions to enforce compliance (not to exceed $500 per day) or compensate the clerk of court for the additional expenses incurred as a result of the failure to file the pleading electronically.

**Dated:** 08/09/2011

**Kenneth S. Gardner,**
**Clerk of the U.S. Bankruptcy Court**

## CERTIFICATE OF SERVICE

I, Charles McMullen, certify that on August 9, 2011, I caused to be served the attached **RULE TO SHOW CAUSE** to the party listed by First Class U. S. Mail:

_____
Public Service Clerk