UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nahum Hernandez<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  11-24130<br><br>Chapter: 7<br>Honorable Bruce W. Black |

**ORDER MODIFYING THE AUTOMATIC STAY**

This cause coming on creditor Dazontay Matthews Motion for Relief from Automatic Stay. Notice being given and the Court advised in the premises.

It is hereby ordered that the automatic stay is modified in rem to allow creditor Dazontay Matthews to proceed under state law in case number 11-24130 to completion.

Enter: /s/ Bruce W. Black

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: 1 9 AUG 2011

**Prepared by counsel of Movant:**

Beverly P. Spearman
Cochran, Cherry, Givens, Smith + Montgomery, LLC
One N. LaSalle St., Suite 2450
Chicago, Illinois 60602
(312) 977-0200
(312) 977-0209
Firm ID # 37432

Rev: 20101008_bko