B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–24130**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Nahum Hernandez
   aka Nahum H Saucedo
   12927 Parterre Place
   Plainfield, IL 60585

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9206

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                          FOR THE COURT

Dated: <u>September 19, 2011</u>                    <u>Kenneth S. Gardner, Clerk</u>
                                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-24130-BWB
Nahum Hernandez Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 1    Date Rcvd: Sep 19, 2011
                Form ID: b18    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2011.

```
db         +Nahum Hernandez,    12927 Parterre Place,    Plainfield, IL 60585-2561
aty        +Karen Walin,    Chicago Legal, LLC,    3833 S. Harlem Ave.,    Berwyn, IL 60402-3925
tr         +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
17382974   +American Home Mortgage,    PO Box 660029,    Dallas, TX 75266-0029
17382975    BAC Home Loans Servicing LP,    Bankruptcy Dept 400 National Way,    Mail Stop CA6 919 01 23,
             Simi Valley, CA  93085
17382976    Bur Collection Recovery,    PO Box 9001,    Minnetonka, MN  55345-9001
17382977   +CB USA Inc,    757 L Street,    Fresno, CA 93721-2904
17382978   +Cci,    20611 E Bothell Everett Highway Ste 149,    Bothell, WA 98012-7146
17382973   +Chicago Legal LLC,    3833 S Harlem Ave,    Berwyn, IL 60402-3925
17631285   +Dazontay Matthews,    c/o Law Offices of Cochran Et al,    1 N. LaSalle Street, Ste 2450,
             Chicago, IL 60602-4093
17382981   +Harris,    600 W Jackson Suite 700,    Chicago, IL 60661-5629
17382972   +Hernandez Nahum,    12927 Parterre Place,    Plainfield, IL 60585-2561
17382982   +Illinois Department Of Revenue,    PO Box 64337,    Chicago, IL 60664-0337
17382983   +Litton Loan Servicing LP,    Bankruptcy Department,    4828 Loop Central Loop,
             Houston, TX 77081-2166
17413612   +Litton Loan Servicing, LP.,    PO BOX 829009,    Dallas, TX 75382-9009
17382985  ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:   NCO Fin/22,     PO Box 41448,    Philadelphia, PA  19101)
17382987   +Rcvl Per Mng,    PO Box 768,    Bothell, WA 98041-0768
17382988   +State Collection Srv,    Collection For Medical,    2509 S Stoughton Rd,    Madison, WI 53716-3314
17382989   +Western Financial Savings,    For Wachovia,    P O Box 19752,    Irvine, CA 92623-9752
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17382979   +EDI: CMIGROUP.COM Sep 20 2011 01:13:00      Credit Mgmt,    4200 International,
             Carrollton, TX 75007-1912
17382980   +EDI: GMACFS.COM Sep 20 2011 01:13:00      GMAC,    P O Box 380901,    Bloomington, MN 55438-0901
17382984   +EDI: MID8.COM Sep 20 2011 01:13:00      Midland Credit,    Bk Dept,    5775 Roscoe Court,
             San Diego, CA 92123-1356
17382986   +EDI: GMACFS.COM Sep 20 2011 01:13:00      Nuvell Credit,    17500 Chenal Parkway,
             Little Rock, AR 72223-9131
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2011**                  **Signature:** _Joseph Speetjens_